IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PPS DATA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| Counterclaim Defendant, | ) | Civil Action No. |
| | ) | 1:15-CV-00084-AT |
| v. | ) | |
| | ) | |
| VSOFT CORPORATION and | ) | |
| VSERVE, INC. | ) | |
| | ) | |
| Defendants | ) | |
| Counter Claimants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), 41(a)(2), and 41(c) of the Federal Rules of Civil Procedure, Plaintiff PPS Data, LLC ("PPS") and Defendants VSoft Corporation and VServe, Inc. (collectively "VSoft") hereby dismiss with prejudice all claims asserted against the other in this action. Each party will bear its own costs, fees, and expenses relating to this litigation.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MORRIS, MANNING & MARTIN, LLP | CLAYTON, MCKAY & BAILEY P.C. |
| /s/ John P. Fry | /s/ Brannon C. McKay |
| John P. Fry<br>jfry@mmmlaw.com<br>Georgia Bar No. 278705<br>Benjamin J. Warlick<br>bwarlick@mmmlaw.com<br>Georgia Bar No. 594669<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, GA 30326<br>Phone:  (404) 233-7000<br>Facsimile:  (404) 365-9532 | Brannon C. McKay<br>bmckay@cmbpc.com<br>Georgia Bar No. 558603<br>Benjamin D. Bailey<br>bbailey@cmbpc.com<br>Georgia Bar No. 117201<br>877 Hillwood Dr.<br>Marietta, GA 30068<br>Tel. 404-414-8633<br>Fax. 404-704-0670 |
| *Attorneys for Defendants and Counter Claimants VSoft Corporation and VServe, Inc.* | Anthony H. Son<br>Admitted Pro Hac Vice<br>Sean Wooden, Admitted Pro Hac Vice<br>Andrews Kurth, LLP<br>Matt Dowd<br>Admitted Pro Hac Vice<br>1350 I St, NW Suite 1100<br>Washington, DC 20005<br>Tel. 202-662-2700<br>Fax. 202-662-2739 |
| | *Attorneys for Plaintiff and Counterclaim Defendant PPS Data, LLC* |

Dated:        February 15, 2016

## LOCAL RULE 7.1 CERTIFICATION

I certify that this pleading was prepared using the Times New Roman (14 point font) approved by Local Rule 5.1.

                                           */s/ Brannon C. McKay*
                                           Brannon C. McKay

## CERTIFICATE OF SERVICE

I declare and certify that on February 15, 2016, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to attorneys of record for Defendants.

                                           */s/ Brannon C. McKay*
                                           Brannon C. McKay